**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**COREY DERICO**                                                                                       **PLAINTIFF**

v.                                       CASE NO. 4:12CV00448 BSM

**DEPARTMENT OF VETERANS AFFAIRS,**
Erik K. Shineski, Secretary, in his official capacity only,
et al.                                                                                                            **DEFENDANTS**

## ORDER

This case is removed from the trial docket for the week of June 23, 2014, because the parties have represented that it has settled, but it will remain open until the parties move for, or stipulate to, dismissal.

IT IS SO ORDERED this 20th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE